IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTRESS FIRM, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. NO. 4:09-cv-3072 |
| § | |
| GARY D. WHITE, THOMAS NEALY, § | |
| RODNEY STEPHENSON, TRINITY § | |
| RETAIL CONSTRUCTION, INC. and § | |
| EAGLE TECHNOLOGY, INC. § | |

### NOTICE OF APPEARANCE OF ERICA W. HARRIS

PLEASE TAKE NOTICE that Erica W. Harris enters her appearance as counsel of record for Certain Defendants, Thomas Nealy, Rodney Stephenson, Trinity Retail Construction, and Eagle Technology in the above-captioned proceeding and requests that she receive all notices given or required to be given and all papers served or required to be served at the following address:

>Erica W. Harris (eharris@susmangodfrey.com)
>SUSMAN GODFREY L.L.P.
>1000 Louisiana, Suite 5100
>Houston, TX 77002-5096
>(713) 651-9366 (telephone)
>(713) 654-3363 (facsimile)

Respectfully submitted,

SUSMAN GODFREY L.L.P.

By: /s/ Erica W. Harris
Erica W. Harris
State Bar No. 00797697
S.D. Adm. 20784
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

Attorney for Certain Defendants,
Thomas Nealy, Rodney Stephenson, Trinity Retail Construction, and Eagle Technology

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Erica W. Harris
Erica W. Harris

981300v1/09577-011648