IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTRESS FIRM, INC. | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § C.A. NO. 4:09-cv-3072 |
| | § |
| GARY D. WHITE, THOMAS NEALY, | § |
| RODNEY STEPHENSON, TRINITY | § |
| RETAIL CONSTRUCTION, INC. and | § |
| EAGLE TECHNOLOGY, INC. | § |

**CERTAIN DEFENDANTS**
**CERTIFICATE OF INTERESTED PERSONS**

Certain Defendants, Thomas Nealy, Rodney Stephenson, Trinity Retail Construction, and Eagle Technology ("Certain Defendants"), file this Certificate of Interested Persons pursuant to FED. R. CIV. P. 7.1, and the Court's Order for Conference and Disclosure of Interested Parties issued September 23, 2009.

Certain Defendants certify that the persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation are:

1. Gary D. White;
2. Thomas Nealy;
3. Rodney Stephenson;
4. Phoenix Structures, Inc. d/b/a Trinity Retail Construction;
5. Boribiba, Inc. d/b/a Eagle Technology;
6. Mattress Firm, Inc.;
7. Mattress Holding Corp.;
8. Susman Godfrey L.L.P.; and

981297v1/011648

9. Fulbright & Jaworski L.L.P.

                          Respectfully submitted,

                          SUSMAN GODFREY L.L.P.

                          By:  /s/ Erica W. Harris  by permission
                                Shawn L. Raymond
                                sraymond@susmangodfrey.com
                                State Bar No. 24009236
                                S.D. No. 26202
                                1000 Louisiana Street, Suite 5100
                                Houston, Texas 77002-5096
                                Telephone: (713) 651-9366
                                Fax: (713) 654-6666

                          Attorneys in charge for Certain Defendants, Thomas Nealy, Rodney Stephenson, Trinity Retail Construction, and Eagle Technology

OF COUNSEL:

Erica W. Harris
eharris@susmangodfrey.com
State Bar No. 00797697
S.D. No. 20784
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

2

## CERTIFICATE OF SERVICE

    I hereby certify that on October 13, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Gerard G. Pecht  
Dan Pirolo  
Fulbright & Jaworski L.L.P.  
1301 McKinney, Suite 5100  
Houston, TX 77010-3095  

                                                /s/ Erica W. Harris  
                                                Erica W. Harris

981297v1/011648