UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTRESS FIRM, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-09-3072 |
| | § | |
| GARY D. WHITE, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

ORDER

Plaintiff's motion to dismiss certain defendants (Dkt. 18) is GRANTED. It is therefore ORDERED that defendants Thomas Nealy, Rodney Stephenson, Phoenix Structures, Inc. *d/b/a* Trinity Retail Construction and Boribiba, Inc. *d/b/a* Eagle Technology are DISMISSED without prejudice.

Signed at Houston, Texas on December 22, 2009.

_____
Gray H. Miller
United States District Judge

TO ENSURE PROPER NOTICE, EACH PARTY RECEIVING THIS ORDER SHALL
FORWARD IT TO EVERY OTHER PARTY AND AFFECTED NONPARTY